208 So.2d 534

The KANSAS CITY SOUTHERN RAIL-
ROAD COMPANY

v.

CITY OF DeRIDDER, Louisiana.

No. 49154.

April 11, 1968.

The application is denied. According to the facts of this case, as found to be by the Court of Appeal, the result reached by the court is correct.

SUMMERS, J., is of the opinion the writ should be granted.

BARHAM, J., is of the opinion the writ should be granted.